IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLIE ADAMS, et al.,** | Civil No. 1:19-CV-336 |
| **Plaintiffs,** | |
| v. | |
| **TEAMSTERS UNION LOCAL 429, et al.** | |
| **Defendants.** | Judge Sylvia H. Rambo |

# O R D E R

Before the court is a report and recommendation ("R&R") of Magistrate Judge Carlson (Doc. 55) in which he recommends that the motion for summary judgment filed by Defendants James M. Darby, Albert Mezzaroba, Robert H. Shoop, Jr., and Attorney General Josh Shapiro (collectively, "the Commonwealth Defendants") (Doc. 26) be granted in its entirety. For the reasons explained in the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1) The R&R is **ADOPTED**;

2) The Commonwealth Defendants' motion for summary judgment is **GRANTED**; and

3) All claims against the Commonwealth Defendants are **DISMISSED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2020