IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOLLIE ADAMS, et al.,** | : | Civil No. 1:19-CV-336 |
| **Plaintiffs,** | : | |
| v. | : | |
| **TEAMSTERS UNION LOCAL 429, et al.** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is Magistrate Judge Carlson's report and recommendation ("R&R") (Doc. 56) regarding three motions for summary judgment filed by: (1) Defendant County of Lebanon (Doc. 25); (2) Defendant Teamster Union Local 429 (Doc. 27); and (3) Plaintiffs Hollie Adams, Jody Weaber, Karen Unger, and Chris Felker (Doc. 43). Plaintiffs have timely submitted objections to the R&R, which the court has thoroughly reviewed. (Doc. 58.)

Viewing the objections globally, the court finds that Plaintiffs' arguments do not rely upon law that is binding on this court. Instead, it appears that Plaintiffs are preparing to file an appeal that they hope will result in changes to the law. For example, Plaintiffs effectively ask the court to predict, based on dicta, that the Supreme Court intends to overturn *Minnesota State Board for Community Colleges v. Knight*, 465 U.S. 271 (1984)—a Supreme Court case that has not been overturned and which explicitly held unions are constitutionally permitted to operate as

1

exclusive representatives—and thus rule that unions are constitutionally barred from operating as the exclusive representative of a group of employees. Additionally, Plaintiffs argue the good-faith defense should not apply to Section 1983 claims against private entities and then fail to cite or distinguish any authority discussing the good-faith defense. The court thus finds none of these objections accurately characterize the law binding on this court. Instead, the court agrees with the R&R's description of the governing law and its applicability to Plaintiffs' claims.

As such, **IT IS HEREBY ORDERED** as follows:

1) The R&R is **ADOPTED** in in its entirety;.

2) The motions for summary judgment filed by Defendants County of Lebanon and Teamster Local Union 429 are **GRANTED**, and Plaintiffs' claims against them are **DISMISSED, WITH PREJUDICE**;

3) The motion for summary judgment filed by Plaintiffs is **DENIED**; and

4) The Clerk of Court is **DIRECTED** to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2020